UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RUSSELL SETZER** ) | |
|     **Plaintiff** ) | Case Number: 1:10-cv-1201 |
|     **vs.** ) | |
| **SIMM ASSOCIATES, INC** ) | |
| ) | |
| **RESURGENT CAPITAL SERVICES,** ) | CIVIL ACTION |
| **LP AND** ) | |
| ) | |
| **NATIONAL ENTERPRISE SYSTEMS,** ) | |
| **INC. (NES)** ) | |
|     **Defendants'** ) | |

## STIPULATION OF DISMISSAL

AND NOW, this 24th day of August, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

                                          Warren & Vullings, LLP

                                      BY: /s/ *Brent F. Vullings*
                                              Brent F. Vullings, Esquire
                                              Attorney for Plaintiff

                                              BY: /s/ *Michael A. Hynum*
                                              Michael A. Hynum, Esquire
                                              Attorney for Defendant